```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 45088
   JAMES B. LAWN
   TERI L LAWN                                  CHAPTER 13

                                                JUDGE: MANUEL BARBOSA
       Debtor
   SSN XXX-XX-8184    SSN XXX-XX-8772
```

---
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 12/08/04 and confirmed on 02/01/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 15286.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIMORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 10120.79 | .00 | 2806.99 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 14733.45 | .00 | 4086.31 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 18998.79 | .00 | 5269.29 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 797.84 | .00 | 221.28 |
| KOHLS | UNSECURED | 708.19 | .00 | 196.42 |
| ROUNDUP FUNDING LLC | UNSECURED | 299.13 | .00 | 82.96 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 138.69 | .00 | 38.47 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 45796.88 | .00 | 45796.88 |
| PRINCIPAL PAID | .00 | .00 | 12701.72 | .00 | 12701.72 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 12701.72 | .00 | 12701.72 |

The Debtor's attorney, MYLER RUDDY & MCTAVISH         , was allowed $  2200.00 and was paid $    306.00  direct and $   1894.00  through the plan.

The Trustee received $    668.28 .

Refunds to the Debtor totaled $     22.00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/13/09                          /S/

GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 04 B 45088 JAMES B. LAWN & TERI L LAWN